UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA S. DICK, | ) | CASE NO.: 4:13 CV 524 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | REPORT AND RECOMMENDATION |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge James R. Knepp II.  The Report and Recommendation (ECF #19) is hereby ADOPTED. Plaintiff filed this action seeking judicial review of the Commissioner of Social Security's final decision denying her application for Supplemental Security Income ("SSI").  Magistrate Judge Knepp recommended that this Court affirm the final decision of the Commissioner. No timely objections have been filed.

This Court has reviewed *de novo* Magistrate Judge Knepp's Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and  finds that it is thorough, well-supported, and that it fully and correctly addresses all of the Plaintiff's claims.  This Court, therefore, ADOPTS the Magistrate Judge's Report and Recommendation in its entirety. The Commissioner of Social Security's final decision is AFFIRMED.

IT IS SO ORDERED.

  */s/ Donald C. Nugent*
  JUDGE DONALD C. NUGENT
  United States District Judge

DATED:  3/25/2014

1